FILED
U.S. DISTRICT COURT
2013 NOV 20  P 1:45
DISTRICT OF UTAH
BY:_____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | | |
|---|---|---|
| THE UNITED STATE OF AMERICA, | : | ORDER ADOPTING |
| Plaintiff, | : | REPORT AND RECOMMENDATION |
| vs. | : | |
| KENNETH KIRK SANTIO, | : | Case No. 2:00-CR-599-001 TC |
| Defendant. | : | |

On October 28, 2013, United States Magistrate Judge Evelyn J. Furse issued a Report and Recommendation in this case, recommending that the defendant be held in contempt for failure to comply with a subpoena requiring completion of a Financial Statement form and production of additional documents and reports. No objections to the Report and Recommendation were received despite notice being provided to the parties with a warning that failure to respond would constitute waiver in any subsequent review.

The court has considered the magistrate's recommendation and made a de novo review of the record before the court. The court finds that the magistrate's findings and conclusions are correct in all respects, and hereby adopts the magistrate's Report and Recommendation as the order of the court. Accordingly, this court holds Mr. Santio in civil contempt for failure to respond to the subpoena and orders that he be returned to jail within five (5) days of the date of this Order until he complies with the subpoena.

IT IS SO ORDERED this 20 day of November, 2013.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
United States District Court Judge